

# Fourth Court of Appeals
## San Antonio, Texas

December 9, 2020

No. 04-20-00290-CR

Neil Howard **MCGINNIS,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 6775
Honorable Kirsten Cohoon, Judge Presiding

## O R D E R

This court abated Appellant's case to appoint new counsel. However, Appellant's new counsel did not receive notice of the appointment right away or of the November 23, 2020, brief due date. When notified that his brief was past due, Appellant filed a motion for an extension of time to file the brief until January 23, 2021.

Appellant's motion is GRANTED. Appellant's brief is due on January 23, 2021. Any further motion for extension of time to file the brief is discouraged.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of December, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court